UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF OHIO - WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 08-16689-JVA |
| | : | |
| HASZ III, ERNEST H. | : | Chapter 7 |
| HASZ, HOPE D. | : | |
| Debtor(s) | : | Judge Aug |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**

TO THE CLERK OF THE COURT:

    The attached checks in the total amount of $20.89 represent the total sum of small dividends in this estate and are paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Discover Bank<br>DFS Services LLC<br>P. O. Box 3025<br>New Albany, OH   43054-3025 | 1 | 4.86 |
| Dell Financial Services LLC<br>c/o Resurgent Capital Services<br>P. O. Box 10390<br>Greenville, SC   29603-0390 | 6 | 2.00 |
| PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>P. O. Box 10587<br>Greenville, SC   29603-0587 | 13 | 3.82 |
| PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>P. O. Box 10587<br>Greenville, SC   29603-0587 | 14 | 1.15 |
| Chase Bank USA, N.A.<br>P. O. Box 740933<br>Dallas, TX   75374 | 16 | 4.65 |
| Recovery Management Systems Corporation<br>for GE Money Bank<br>dba JCPenney Credit Services<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL   33131 | 19 | 1.48 |

| | | |
|---|---|---|
| Recovery Management Systems Corporation<br>for GE Money Bank<br>dba Dillard's<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL   33131 | 20 | 0.43 |
| Recovery Management Systems Corporation<br>for GE Money Bank<br>dba JCPenney Credit Services<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL   33131 | 22 | 2.50 |

Total Small
Dividends 25.00 or under

20.89


Dated: March 23, 2010                    /s/ Thomas J. Geygan, Sr.
                                            THOMAS J. GEYGAN, SR., TRUSTEE


cc: U.S. Trustee